RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
SCHALET JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 10-00780-CW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DATE FOR SUPERVISED RELEASE VIOLATION HEARING** |
| SCHALET JACKSON, | |
| Defendant. | |

Defendant SCHALET JACKSON, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Wade Rhyne hereby move to continue the supervised release violation hearing presently set for Monday, October 15, 2012 at 2 p.m. to November 12, 2012 at 2 p.m.   Ms. Jackson is presently serving a sentence in Modesto and should be out of custody by the next date and the parties will be prepared at that time to resolve this case.

///

///

///

**Stipulation to Continue Date For Supervised
Release Violation Admission and Sentencing**

United States Probation Officer Richard Brown has no objection to this continuance.

Date: October 11, 2012

        /s/
RANDY SUE POLLOCK
Counsel for Defendant
Schalet Jackson

Date: October 11, 2012

        /s/
WADE RHYNE
Assistant United States Attorney

SO ORDERED, **except the hearing will be held on Monday, November 19, 2012, at 2:30 p.m.**

Date: 10/15/2012

CLAUDIA WILKEN
United States District Court Judge

**Stipulation to Continue Date For Supervised**
**Release Violation Admission and Sentencing**     2